PROB 12C
(7/93)

Report Date: September 19, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Lee Sutterlict     Case Number: 0980 2:10CR02035-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 13, 2010

Original Offense:      Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison 46 months           Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire         Date Supervision Commenced: October 16, 2013

Defense Attorney:      Rick Lee Hoffman           Date Supervision Expires: October 15, 2016

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 20, 2014.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

6     **Mandatory Condition #2**:  The defendant shall not commit another Federal, state, or local crime.

      **Supporting Evidence**: Mr. Sutterlict was arrested for driving under the influence of alcohol by The Dalles Police Department, in The Dalles, Oregon, on September 13, 2014.

      According to The Dalles Police Department narrative report, a police officer observed a vehicle driving the wrong way on a one-way street. After stopping the vehicle, Mr. Sutterlict was identified as the driver. The officer observed the defendant having blood shot eyes and was slurring his speech. After the field sobriety test was completed, Mr. Sutterlict was arrested for driving under the influence of alcohol and booked at the NORCOR facility in The Dalles, Oregon. According to the NORCOR online inmate roster list, the defendant was released on September 14, 2014.

7     **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

Case 2:10-cr-02035-EFS   Document 90   Filed 09/19/14

Prob12C
Re: Sutterlict, Justin Lee
September 19, 2014
Page 2

|   |   |
|---|---|
|   | **Supporting Evidence**: Mr. Sutterlict traveled outside the Eastern District of Washington without permission on or before September 13, 2014. |
| 8 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
|   | **Supporting Evidence**: Mr. Sutterlict was found under the influence of alcohol on September 13, 2014. |
|   | According to The Dalles Police Department narrative report, Mr. Sutterlict submitted to a Breathalyzer test, which registered a blood alcohol level of .13 percent. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 19, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

September 19, 2014
Date